IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TRAVIS WOODS, | ) | **STIPULATION OF** |
| Plaintiff, | ) | **VOLUNTARY DISMISSAL** |
| | ) | **PURSUANT TO F.R.C.P.** |
| v. | ) | **41(a)(1)(A)(ii)** |
| | ) | |
| | ) | Case No.: 6:23-CV-758 (MAD/TWD) |
| CITY OF UTICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, against the defendant, CITY OF UTICA, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

_____
Signature of plaintiffs or plaintiff's counsel

Address: 3319 St. Claude Ave

City, State & Zip Code: New Orleans, LA 70117

Telephone Number: 504-684-9999

Dated: 6/9/25

_____
Signature of defendants or defendant's counsel

Address: 403 Main St. Ste. 225

City, State & Zip Code: Buffalo, NY 14203

Telephone Number: 716-800-3684 x104

Dated: 6/9/25

IT IS SO ORDERED:

_____
Mae A. D'Agostino
U.S. District Judge

Dated: June 11, 2025
       Albany, NY